No. 899. GULLEDGE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Wilton H. Wallace, Henry F. Lerch* and *R. G. de Quevedo* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Joseph Kovner* for respondent.

No. 900. KANSAS CITY SOUTHERN RAILWAY Co. *v.* THOMAS. Court of Civil Appeals of Texas, Ninth Supreme Judicial District. Certiorari denied. *Major T. Bell* for petitioner. *Claude Allen* for respondent.

No. 911. FLORIDA ECONOMIC ADVISORY COUNCIL *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bryce Rea, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Bernard Cedarbaum, Willard W. Gatchell, Howard E. Wahrenbrock* and *William W. Ross* for the Federal Power Commission, *Leon M. Payne* for the Coastal Transmission Corporation, *Theodore Rinehart, Norman E. Duke* and *Robert M. Scott* for the Houston Texas Gas & Oil Corporation, *Lewis W. Petteway, R. Y. Patterson, Jr.* and *Cecil A. Beasley, Jr.* for the Florida Railroad and Public Utilities Commission, and *Ford L. Thompson* and *Mr. Beasley* for the Florida Development Commission, respondents.

No. 912. NEW YORK CENTRAL RAILROAD Co. *v.* NEW PROCESS GEAR CORP. C. A. 2d Cir. Certiorari denied. *J. Edgar McDonald* and *Robert D. Brooks* for petitioner. *Harry Teichner* for respondent.